UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQHEALTH ADVISE WELL, INC. | CIVIL ACTION |
| VERSUS | NO: 21-1438 |
| HOMELAND INSURANCE CO. OF NEW YORK | SECTION: "A" (4) |

## ORDER TRANSFERRING CASE

Given that Defendant has not withdrawn the objection to venue in this district in accordance with the Court's directive in its Order and Reasons entered on January 11, 2022 (Rec. Doc. 24), for the reasons provided in that Order and Reasons,

**IT IS ORDERED** that this Civil Action is **TRANSFERRED** to the Middle District of Louisiana.

January 24, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE