**LAEDdb_InterDistrictTransfer_LAED**

| | |
|---|---|
| **From:** | enoticing@lamd.uscourts.gov |
| **Sent:** | Tuesday, January 25, 2022 9:37 AM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:21-cv-01438

DETAILS: Case transferred from Louisiana Eastern has been opened in Middle District of Louisiana as case 3:22-cv-00050, filed 01/25/2022.